# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09cv234

| | |
|---|---|
| JOHN TEAGUE; and ILISA TEAGUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| YAMAHA MOTOR CORPORATION, ) | |
| U.S.A.; YAMAHA MOTOR ) | |
| MANUFACTURING CORPORATION ) | |
| OF AMERICA; and YAMAHA ) | |
| MOTOR CO., LTD., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendants' Motion to Stay Proceedings Pending the MDL Panel's Decision Regarding Transfer. Having considered defendants' motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Stay Proceedings Pending the MDL Panel's Decision Regarding Transfer (#3) is **GRANTED,** and this action is **STAYED** in its entirety pending transfer decision of the MDL Panel.

Signed: August 3, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge